UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES M. FITZPATRICK,

                     Plaintiff,

-v-

EXPERIAN INFORMATION SOLUTIONS INC., TRANSUNION LLC, EQUIFAX INFORMATION SERVICES LLC, PORTFOLIO RECOVERY ASSOCIATES, LLC, NEWREZ, LLC, AMERICAN EXPRESS BANK, N.A., JP MORGAN CHASE BANK, N.A., WELLS FARGO BANK, N.A., COMMUNITY BANK, N.A., CITIBANK, N.A.,

                     Defendants.

CIVIL ACTION NO.: 23 Civ. 4261 (PGG) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

Defendant Experian Information Solutions Inc. ("Experian") waived service of the Complaint in this action, with its Answer due on July 3, 2023. (ECF No. 4). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **July 12, 2023** as to Experian, and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul G. Gardephe, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **July 26, 2023.**

Dated:      New York, New York
            July 5, 2023

                                                     SO ORDERED.

                                                     _____
                                                     **SARAH L. CAVE**
                                                     **United States Magistrate Judge**