UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES M. FITZPATRICK,

                Plaintiff,

-v-

EXPERIAN INFORMATION SOLUTIONS INC., TRANSUNION LLC, PORTFOLIO RECOVERY ASSOCIATES, LLC, NEWREZ, LLC, AMERICAN EXPRESS BANK, N.A., JP MORGAN CHASE BANK, N.A., WELLS FARGO BANK, N.A., COMMUNITY BANK, N.A., CITIBANK, N.A.,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 4261 (PGG) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

Defendant NewRez, LLC ("NewRez") waived service of the Complaint in this action, with its Answer due on July 24, 2023.  (ECF No. 7).  No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **August 1, 2023** as to NewRez.  Plaintiff's deadline to file a Motion for Default Judgment against NewRez will be held in abeyance pending resolution of liability against the appearing parties.

Dated:     New York, New York
             July 25, 2023

                                           SO ORDERED.

                                           _____
                                           **SARAH L. CAVE**
                                           **United States Magistrate Judge**