UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES M. FITZPATRICK,

                Plaintiff,

-v-

EXPERIAN INFORMATION SOLUTIONS INC., TRANSUNION LLC, PORTFOLIO RECOVERY ASSOCIATES, LLC, NEWREZ, LLC, AMERICAN EXPRESS BANK, N.A., JP MORGAN CHASE BANK, N.A., WELLS FARGO BANK, N.A., COMMUNITY BANK, N.A., CITIBANK, N.A.,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 4261 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

      The Clerk of Court is respectfully directed to issue summonses as to Defendants American Express Bank, N.A.; Portfolio Recovery Associates, LLC; and Community Bank, N.A.

      Plaintiff is directed to serve the summons and complaint on each of the above Defendants within 90 days of the issuance of the summonses. If within those 90 days Plaintiff has not either served the above Defendants or requested an extension of time in which to do so, the Court may dismiss the claims against these Defendants under Fed. R. Civ. P. 4 or 41 for failure to prosecute.

Dated:    New York, New York
            August 2, 2023

                                          SO ORDERED.

                                          _/s/ Sarah L. Cave_
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**