UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES M. FITZPATRICK,<br><br>                            Plaintiff,<br><br>        v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC, EQUIFAX INFORMATION SERVICES LLC, PORTFOLIO RECOVERY ASSOCIATES, LLC, NEWREZ, LLC, AMERICAN EXPRESS BANK, N.A., JP MORGAN CHASE BANK, N.A., WELLS FARGO BANK, N.A., COMMUNITY BANK, N.A., and CITIBANK, N.A.,<br><br>                            Defendants. | Civil Action No.: 1:23-cv-04261-PGG-SLC |

**ORDER OF DISMISSAL WITH PREJUDICE AS TO
<u>DEFENDANT CITIBANK, N.A. ONLY</u>**

       Plaintiff James M. Fitzpatrick ("Plaintiff"), proceeding *Pro Se*, and defendant Citibank, N.A. ("Citibank"), by counsel, having filed their Stipulation of Dismissal With Prejudice Between Plaintiff and Defendant Citibank, N.A. Only, **AND THE COURT**, having been duly advised, **HEREBY FINDS** that the same should be granted.

       **IT IS THEREFORE ORDERED** that all claims of Plaintiff against Citibank are dismissed, with prejudice. Plaintiff and Citibank shall each bear their own costs and attorneys' fees.

       The Clerk of Court is directed <u>not</u> to close the case.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: August 3, 2023