UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES FITZPATRICK,

                          Plaintiff,

          -v-

EXPERIAN INFORMATION SOLUTIONS INC.;
TRANSUNION LLC; JP MORGAN CHASE BANK, N.A.;
and WELLS FARGO BANK, N.A.,

                          Defendants.

CIVIL ACTION NO. 23 Civ. 4261 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the initial case management conference held today, November 6, 2023 (the "Conference"), the Court orders as follows:

1. The Court will enter a case management plan by separate order.

2. A telephone conference is scheduled for **Tuesday, January 16, 2024 at 12:00 p.m.** on the Court's conference line (the "Conference"). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. By **January 11, 2024,** the parties shall file a joint status letter presenting for the Court's review any open discovery disputes.

3. Mr. FitzPatrick is advised of his ability to seek free legal advice from the New York Legal Assistance Group's legal clinic by visiting its website at nylag.org/pro-se-clinic, or by calling 212-659-6190. This clinic is not part of or run by the Court and it cannot accept filings on behalf of the Court.

4.  Any party may order a transcript of the Conference by completing the annexed

transcript request form and submitting it to etranscripts@nysd.uscourts.gov.

Dated:        New York, New York
              November 6, 2023

                              SO ORDERED.


                              _____
                              SARAH L. CAVE
                              United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| **DOCKET NUMBER** | **DATE OF THE HEARING** | **JUDGE'S NAME** |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $6.66 | 3 Day $6.00 | 7 Day $5.34 | 14 Day $4.68 | 30 Day $4.02 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|