UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES FITZPATRICK,

                Plaintiff,

-v-

EXPERIAN INFORMATION SOLUTIONS INC.; JP MORGAN CHASE BANK, N.A.; and WELLS FARGO BANK, N.A.,

                Defendants.

CIVIL ACTION NO. 23 Civ. 4261 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 6, 2023, the Court scheduled entered a case management plan ("CMP") and scheduled a telephone conference for January 16, 2024 (the "Conference"). (ECF Nos. 57-58). At that time, there were four Defendants remaining in the case: Experian Information Solutions Inc. ("Experian"), Transunion LLC ("Transunion"), JP Morgan Chase Bank, N.A. ("JP Morgan"), and Wells Fargo Bank, N.A. ("Wells Fargo"). Since that time, the Court has been notified that Plaintiff has resolved its claims against each of the four Defendants, at least in principle. (See ECF Nos. 60 (so-ordered stipulation dismissing Transunion from the case); 64 (memorandum endorsement regarding settlement in principle with Experian); 66 (memorandum endorsement regarding settlement in principle with Wells Fargo); 67 (stipulation of voluntary dismissal as to JP Morgan).

Accordingly, the Conference is CANCELLED and all discovery deadlines established by the CMP are ADJOURNED sine die pending the parties' filing the necessary documents to effect

closure of this case.  (See ECF Nos. 64 (March 4, 2024 deadline to file stipulation of dismissal as to Experian); 66 (March 11, 2024 deadline to file stipulation of dismissal as to Wells Fargo)).

Dated:       New York, New York
              January 12, 2024

                                            SO ORDERED.

                                            _____
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**